1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                  WESTERN DIVISION

10

11  MELANIE ALEXA BROWN,            )  No. ED CV 12-02290-VBK
                                    )
12              Plaintiff,          )  JUDGMENT
                                    )
13      v.                          )
                                    )
14  CAROLYN W. COLVIN, Acting       )
    Commissioner of Social          )
15  Security,                       )
                                    )
16              Defendant.          )
    _____)

17

18      **IT IS HEREBY ORDERED** that the decision of the Commissioner is

19  reversed, and the matter is remanded for a new hearing consistent with

20  the Memorandum Opinion.

21

22  DATED:  December 16, 2013                    /s/
                                        VICTOR B. KENTON
23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28